Carole Vigne (SBN 251829)
Mana Barari (SBN 275328)
LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, CA  94104
Telephone:	(415) 864-8848
Facsimile:	(415) 593-0096
Email:	cvigne@las-elc.org
	mbarari@las-elc.org

Agnieszka Fryszman, *pro hac vice*
Alysson Ford Ouoba, *pro hac vice*
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., N.W.
East Tower, Suite 500
Washington, District of Columbia  20005
Telephone:	(202) 408-4600
Facsimile:	(202) 408-4699
Email:	afryszman@cohenmilstein.com
	aouoba@cohenmilstein.com

Yenny Teng-Lee (SBN 297021)
THE LAW OFFICE OF YENNY TENG-LEE
1630 S Delaware St.. No. 25414
San Mateo, CA 94402
Telephone:	(650) 619-0042
Email:	yenny@teng-leelaw.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORIHIN, aka SORIHIN SORIHIN, an individual; and ABDUL FATAH, an individual,<br><br>           Plaintiffs,<br><br>     v.<br><br>THOAI VAN NGUYEN, an individual doing business as SEA QUEEN II,<br><br>           Defendant. | Case No:  3:16-cv-05422-JST<br><br>**[PROPOSED] ORDER REGARDING PARTIES' STIPULATION TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE A RESPONSIVE PLEADING TO DEFENDANT'S COUNTERCLAIM AND/OR A MOTION TO STRIKE DEFENDANT'S ANSWER** |

Case No.: 3:16-cv-05422-JST

**[PROPOSED] ORDER REGARDING PARTIES' STIPULATION TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE A RESPONSIVE PLEADING TO DEFENDANT'S COUNTERCLAIM AND/OR A MOTION TO STRIKE DEFENDANT'S ANSWER**

1   Based upon the agreement of the Parties, and the Court finding good cause, IT
2 IS HEREBY ORDERED THAT the Parties' Stipulation to Extend Deadline for
3 Plaintiffs to File Responsive Pleading(s) to Defendant's Answer and/or Counterclaims
4 ~~attached hereto as~~ **Exhibit A** is GRANTED and entered as an Order of the Court.

6 IT IS SO ORDERED.

8 Dated: December 5, 2016

_____
District Judge Jon S. Tigar

1   Case No.: 3:16-cv-05422-JST

**~~[PROPOSED]~~ ORDER REGARDING PARTIES' STIPULATION TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE A RESPONSIVE PLEADING TO DEFENDANT'S COUNTERCLAIM AND/OR A MOTION TO STRIKE DEFENDANT'S ANSWER**