Carole Vigne (SBN 251829)
Mana Barari (SBN 275328)
LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone:   (415) 864-8848
Facsimile:   (415) 593-0096
Email:       cvigne@las-elc.org
             mbarari@las-elc.org

Agnieszka Fryszman, *pro hac vice*
Alysson Ford Ouoba, *pro hac vice*
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., N.W.
East Tower, Suite 500
Washington, District of Columbia  20005
Telephone:   (202) 408-4600
Facsimile:   (202) 408-4699
Email:       afryszman@cohenmilstein.com
             aouoba@cohenmilstein.com

Yenny Teng-Lee (SBN 297021)
THE LAW OFFICE OF YENNY TENG-LEE
1630 S Delaware St.. No. 25414
San Mateo, CA 94402
Telephone:   (650) 619-0042
Email:       yenny@teng-leelaw.com

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SORIHIN, aka SORIHIN SORIHIN, an individual; and ABDUL FATAH, an individual,<br><br>                    Plaintiffs,<br><br>          v.<br><br>THOAI VAN NGUYEN, an individual doing business as SEA QUEEN II,<br><br>                    Defendant. | Case No:  4:16-cv-05422-JST<br><br>**[PROPOSED]** ORDER REGARDING PARTIES' STIPULATION TO EXTEND DEADLINE FOR PLAINTIFFS TO FILE A MOTION TO STRIKE DEFENDANT'S ANSWER |

Case No.: 4:16-cv-05422-JST

**[PROPOSED]** ORDER REGARDING PARTIES' STIPULATION TO EXTEND DEADLINE
FOR PLAINTIFFS TO FILE A MOTION TO STRIKE DEFENDANT'S ANSWER

1  Based upon the agreement of the Parties, and the Court finding good cause, IT
2  IS HEREBY ORDERED THAT the Parties' Stipulation to Extend Deadline for
3  Plaintiffs to File a Motion to Strike to Defendant's Answer to December 30, 2016 is
4  GRANTED and entered as an Order of the Court.

6  IT IS SO ORDERED.

8  Dated:  December 22, 2016

   _____
   District Judge Jon S. Tigar

---

1                                                                                           Case No.: 4:16-cv-05422-JST

**[PROPOSED]** ORDER REGARDING PARTIES' STIPULATION TO EXTEND DEADLINE
FOR PLAINTIFFS TO FILE A MOTION TO STRIKE DEFENDANT'S ANSWER