United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORIHIN, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>THOAI VAN NGUYEN,<br><br>　　　　Defendant. | Case No. 16-cv-05422-JST<br><br>**ORDER INSTRUCTING PARTIES TO FILE STIPULATION AND CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING**<br><br>Re: ECF No. 32 |

On January 3, 2017, the parties filed a stipulation to extend the briefing deadlines and the hearing date for counter-defendants' motion to dismiss. ECF No. 32. The Court also received a report that the parties would like immediate referral, prior to the Case Management Conference currently scheduled for February 8, 2017, to the Court's mediation program. See ECF No. 34.

The parties are instructed to file a stipulation requesting participation in the Court's mediation program pursuant to ADR Local Rule 2-3. The hearing on counter-defendants' motion to dismiss, ECF No. 26, is hereby continued to February 23, 2017. Counter-claimant's response to counter-defendants' motion to dismiss is due January 17, 2017. Counter-defendants' reply to counter-claimant's response is due January 31, 2017. The Court will entertain motions to further continue the hearing on that motion if the parties jointly believe that such a continuance will enable progress in their settlement efforts.

/ / /

/ / /

/ / /

/ / /

/ / /

1   The Case Management Conference is hereby continued from February 8, 2017, to March
2   29, 2017.
3   IT IS SO ORDERED.
4   Dated: January 9, 2017

_____
JON S. TIGAR
United States District Judge