Carole Vigne (SBN 251829)
Mana Barari (SBN 275328)
LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, CA  94104
Telephone:	(415) 864-8848
Facsimile:	(415) 593-0096
Email:	cvigne@las-elc.org
	mbarari@las-elc.org

Agnieszka Fryszman, *pro hac vice*
Alysson Ford Ouoba, *pro hac vice*
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., N.W.
East Tower, Suite 500
Washington, District of Columbia  20005
Telephone:	(202) 408-4600
Facsimile:	(202) 408-4699
Email:	afryszman@cohenmilstein.com
	aouoba@cohenmilstein.com

Yenny Teng-Lee (SBN 297021)
THE LAW OFFICE OF YENNY TENG-LEE
1630 S Delaware St., No. 25414
San Mateo, CA 94402
Telephone:	(650) 619-0042
Email:	yenny@teng-leelaw.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORIHIN, aka SORIHIN SORIHIN, an individual; and ABDUL FATAH, an individual,<br><br>           Plaintiffs,<br><br>     v.<br><br>THOAI VAN NGUYEN, an individual doing business as SEA QUEEN II,<br><br>           Defendant. | Case No:  3:16-cv-05422-JST<br><br>**[PROPOSED]** ORDER REGARDING PARTIES' STIPULATION TO EXTEND DEADLINE RE INITIAL DISCLOSURES |

{00486337.DOCX}  Case No.: 3:16-cv-05422-JST

**[PROPOSED]** ORDER REGARDING PARTIES' STIPULATION TO EXTEND DEADLINE RE INITIAL DISCLOSURES

1  Based upon the agreement of the Parties, and the Court finding good cause, IT IS HEREBY ORDERED THAT the Parties' Stipulation to Extend Deadline Re Initial Disclosures to February 8, 2017 is GRANTED and entered as an Order of the Court.

IT IS SO ORDERED.

Dated: January 18, 2017

_____
District Judge Jon S. Tigar

{00486337.DOCX}                                      1                         Case No.: 3:16-cv-05422-JST

**[PROPOSED]** ORDER REGARDING PARTIES' STIPULATION TO EXTEND DEADLINE RE INITIAL DISCLOSURES