UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORIHIN, aka SORIHIN SORIHIN, an individual; and ABDUL FATAH, an individual,<br><br>Plaintiff(s)<br><br>v.<br><br>THOAI VAN NGUYEN, an individual doing business as SEA QUEEN II<br><br>Defendant(s) | CASE No C 3:16-cv-05422-JST<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
☒ **Mediation** (ADR L.R. 6)
☐ **Private ADR** *(specify process and provider)*

> *Note: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you must file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.*

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*

☒ other requested deadline: within 120 days from the date of the order

Date:                    /s/ Mana Barari
                              Attorney for Plaintiff
                         Mana Barari
Date:                    /s/ Lynn L. Krieger
                              Attorney for Defendant
                         Lynn L. Krieger

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: January 18, 2017

U.S. DISTRICT/MAGISTRATE JUDGE

> *Important!* *E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."*

4820-2112-1088.1 *Form ADR-Stip rev. 11-2016*

