**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LYNN L. KRIEGER, SB# 209592
MATTHEW W.J. JOHNSTON, SB# 300222
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant THOAI VAN NGUYEN

*Attorneys for Plaintiffs Listed on Next Page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SORIHIN, aka SORIHIN SORIHIN, an individual; and ABDUL FATAH, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> THOAI VAN NGUYEN, an individual doing business as SEA QUEEN II, <br><br> Defendant. | CASE NO. 3:16-cv-05422 JST <br><br> STIPULATION TO EXTEND DEADLINE TO COMPLETE MEDIATION AND [PROPOSED] ORDER <br><br> CURRENT DATE: May 18, 2017 <br> PROPOSED DATE: June 30, 2017 <br><br> Civil L.R. 6:2, 7:12 |
| AND RELATED CROSS-ACTIONS | |

## STIPULATION TO EXTEND MEDIATION DEADLINE

The parties have diligently pursued early mediation with the assistance of Howard Herman, Director of this Court's ADR Program. The parties' counsel met with Mr. Herman on March 16, 2017 for an initial mediation session. The parties wish to engage in a second mediation session, with plaintiffs and defendant present. Due to scheduling conflicts, the next available date when all parties and Mr. Herman are available is June 16, 2017.

The mediation deadline in this case is currently set for May 18, 2017,[1] a month before the date of the scheduled mediation. The parties therefore request that the mediation deadline be moved from May 18, 2017 to June 30, 2017.

Extending the mediation deadline will not affect any dates in the Court's Scheduling Order.

DATED: April 7, 2017  LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Lynn L. Krieger
Lynn L. Krieger
Matthew W. J. Johnston
Attorneys for Defendant THOAI VAN NGUYEN

---

[1] Docket number 42, January 18, 2017.

DATED: April 7, 2017        LEGAL AID AT WORK

                            By:     /s/ Mana Barari
                                    Mana Barari
                                    Carole Vigne
                                    Attorneys for Plaintiffs

                                    Agnieszka Fryszman
                                    COHEN MILSTEIN SELLERS & TOLL PLLC

                                    Yenny Teng-Lee
                                    THE LAW OFFICE OF YENNY TENG-LEE
                                    *Attorneys for Plaintiffs*

## ATTESTATION OF E-FILED SIGNATURE

I, Lynn L. Krieger, am the ECF User whose ID and password are being used to file this document. Pursuant to Local Rule 5-1(i)(3) and General Order No. 45 X(B), I attest that Mana Barari has approved this document and consents to its filing in this action.

DATED: April 7, 2017        LEWIS BRISBOIS BISGAARD & SMITH LLP

                            By:     /s/ Lynn L. Krieger
                                    Lynn L. Krieger
                                    Attorneys for Defendant THOAI VAN NGUYEN

## ORDER

Pursuant to the stipulation of the parties and for good cause shown, this Court GRANTS the parties' request to extend the mediation completion deadline from May 18, 2017 to June 30, 2017.

IT IS SO ORDERED.

DATE: April 10, 2017

_____
Hon. Jon S. Tigar
United States District Court Judge