Carole Vigne, State Bar No. 251829
Mana Barari, State Bar No. 275328
LEGAL AID AT WORK
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 864-8848
Facsimile: (415) 593-0096
Emails: cvigne@legalaidatwork.org
mbarari@legalaidatwork.org

Agnieszka Fryszman, State Bar No. 459208 *admitted pro hac vice*
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., N.W.
East Tower, Suite 500
Washington, District of Columbia 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: afryszman@cohenmilstein.com

Attorneys for Plaintiffs

*Additional Attorneys for Plaintiffs and Attorneys for Defendants Listed on Next Page*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORIHIN, aka SORIHIN SORIHIN, an individual; and ABDUL FATAH, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THOAI VAN NGUYEN, an individual doing business as SEA QUEEN II,<br><br>Defendant. | Case No.: 3:16-cv-05422-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC**<br><br>**CMC Date: October 11, 2017**<br>**Time: 2:00 p.m.**<br>**Courtroom: 9, 19th Floor** |

Yenny Teng-Lee, State Bar No. 297021
THE LAW OFFICE OF YENNY TENG-LEE
1630 S. Delaware St., No. 25414
San Mateo, CA 94402
Telephone: (650) 619-0042
Email: yenny@teng-leelaw.com

Attorneys for Plaintiffs


**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LYNN L. KRIEGER, SB# 209592
MATTHEW W.J. JOHNSTON, SB# 300222
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant THOAI VAN NGUYEN

| | |
|---|---|
| 1 | The Parties in the above-entitled action jointly submit this Stipulation and Proposed |
| 2 | Order and request the Court to adopt it as the Order in this case. |
| 3 | WHEREAS, this Court scheduled a Case Management Conference in the above |
| 4 | referenced matter for October 11, 2017 for 2:00 p.m. |
| 5 | WHEREAS, the Parties are continuing to discuss and negotiate a possible settlement in |
| 6 | an effort to resolve this suit, with the ongoing assistance of court-appointed neutral Howard |
| 7 | Herman; |
| 8 | WHEREAS, the Parties have agreed to continue the Case Management Conference in |
| 9 | order to continue settlement efforts to November 8, 2017 at 2:00 p.m. or to a later date and time |
| 10 | convenient to the Court; |
| 11 | THEREBY, the Parties stipulate to and respectfully request a continuance of the |
| 12 | upcoming Case Management Conference on October 11, 2017 to a date on or after November 8, |
| 13 | 2017. |

Respectfully submitted,

DATED: October 2, 2017            LEWIS BRISBOIS BISGAARD & SMITH LLP


By:       /s/ Lynn L. Krieger
          Lynn L. Krieger
          Matthew W. J. Johnston
          Attorneys for Defendant THOAI VAN NGUYEN

| | | |
|---|---|---|
| 1 | DATED: October 2, 2017 | LEGAL AID AT WORK |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Mana Barari |
| | | Mana Barari |
| 5 | | Carole Vigne |
| | | Attorneys for Plaintiffs |
| 6 | | |
| 7 | | Agnieszka Fryszman |
| | | COHEN MILSTEIN SELLERS & TOLL PLLC |
| 8 | | |
| 9 | | Yenny Teng-Lee |
| | | THE LAW OFFICE OF YENNY TENG-LEE |
| 10 | | ***Attorneys for Plaintiffs*** |

## **ATTESTATION OF E-FILED SIGNATURE**

I, Mana Barari, am the ECF User whose ID and password are being used to file this document. Pursuant to Local Rule 5-1(i)(3) and General Order No. 45 X(B), I attest that Lynn L. Krieger has approved this document and consents to its filing in this action.

DATED: October 2, 2017  LEGAL AID AT WORK

By: /s/ Mana Barari
Mana Barari
Attorneys for Plaintiffs

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Based upon the agreement of the Parties, and the Court finding good cause, IT IS |
| 3 | HEREBY ORDERED THAT the Parties' Stipulation to Continue the Case Management |
| 4 | Conference is GRANTED and entered as an Order of the Court. The Case Management |
| 5 | Conference currently scheduled for October 11, 2017 at 2:00 p.m. is continued to |
| 6 | __November 8__, 2017 at __2:00 p.m.__. |
| 7 | |
| 8 | IT IS SO ORDERED. |
| 9 | |
| 10 | Dated: __October 3__, 2017 |
| 11 | _____ |
|    | District Judge Jon S. Tigar |