**LEWIS BRISBOIS BISGAARD & SMITH LLP**
LYNN L. KRIEGER, SB# 209592
MATTHEW W.J. JOHNSTON, SB# 300222
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant and Counter-Claimant
THOAI VAN NGUYEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORIHIN, aka SORIHIN SORIHIN, an individual; and ABDUL FATAH, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THOAI VAN NGUYEN, an individual doing business as SEA QUEEN II,<br><br>　　　　Defendant.<br><br>AND RELATED CROSS-ACTIONS | CASE NO. 3:16-cv-05422 JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

The Parties in the above-entitled action jointly submit this Stipulation and Proposed Order and request the Court to adopt it as the Order in this case.

WHEREAS, this Court scheduled a Case Management Conference in the above referenced matter for November 8, 2017 at 2:00 p.m.

WHEREAS, the Parties have reached a tentative settlement and are negotiating settlement terms in an effort to resolve this suit, with the ongoing assistance of court-appointed neutral Howard Herman;

WHEREAS, the Parties intend to continue working with Mr. Herman to finalize the remaining settlement terms in the coming weeks;

4817-3523-8994.1　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　16-5422
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

WHEREAS, the Parties have agreed to continue the Case Management Conference to December 6, 2017 at 2:00 p.m. or to a later date and time convenient to the Court;

THEREBY, the Parties stipulate to and respectfully request a continuance of the upcoming Case Management Conference on November 8, 2017 to a date on or after December 6, 2017.

Respectfully submitted,

DATED: October 25, 2017   LEWIS BRISBOIS BISGAARD & SMITH LLP

By:    /s/ *Lynn L. Krieger*
Lynn L. Krieger
Matthew W.J. Johnston
Attorneys for Defendant and Counter-Claimant
THOAI VAN NGUYEN

DATED: October 25, 2017   LEGAL AID AT WORK

By:    /s/ *Mana Barari*
Mana Barari
Carole Vigne

Agnieszka Fryszman
COHEN MILSTEIN SELLERS & TOLL PLLC

Yenny Teng-Lee
THE LAW OFFICE OF YENNY TENG-LEE

Attorneys for Plaintiffs SORIHIN, aka SORIHIN SORIHIN and ABDUL FATAH

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Lynn L. Krieger, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

October 25, 2017   By:    /s/ *Lynn L. Krieger*
Lynn L. Krieger

**[PROPOSED] ORDER**

Based upon the agreement of the Parties, and the Court finding good cause, IT IS HEREBY ORDERED THAT the Parties' Stipulation to Continue the Case Management Conference is GRANTED and entered as an Order of the Court. The Case Management Conference currently scheduled for November 8, 2017 at 2:00 p.m. is continued to __December 20__, 2017 at __2:00 p.m.__.

IT IS SO ORDERED.

DATED: __October 26__, 2017

_____
HONORABLE JON S. TIGAR
United States District Court Judge