UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORIHIN, et al.,<br><br>              Plaintiffs,<br><br>       v.<br><br>THOAI VAN NGUYEN,<br><br>              Defendant. | Case No. 16-cv-05422-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 62 |

The Court's ADR office has filed a certification that this case settled at mediation. See ECF No. 62. By January 16, 2018, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they were unable to file such a stipulation.

The Court also hereby sets a case management conference on January 31, 2018. That conference will be vacated automatically if a stipulation of dismissal is timely filed.

Any continuance of the deadlines set in this order requires a showing of good cause.

All other deadlines and hearings are vacated.

**IT IS SO ORDERED**.

Dated:  November 30, 2017

_____
JON S. TIGAR
United States District Judge