Carole Vigne, State Bar No. 251829
Mana Barari, State Bar No. 275328
LEGAL AID AT WORK
180 Montgomery Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 864-8848
Facsimile: (415) 593-0096
Emails: cvigne@legalaidatwork.org, mbarari@legalaidatwork.org

Agnieszka Fryszman, State Bar No. 459208 *admitted pro hac vice*
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave., N.W.
East Tower, Suite 500
Washington, District of Columbia 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: afryszman@cohenmilstein.com

Yenny Teng-Lee, State Bar No. 297021
THE LAW OFFICE OF YENNY TENG-LEE
1630 S. Delaware St., No. 25414
San Mateo, CA 94402
Telephone: (650) 619-0042
Email: yenny@teng-leelaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORIHIN, aka SORIHIN SORIHIN, an individual; and ABDUL FATAH, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>THOAI VAN NGUYEN, an individual doing business as SEA QUEEN II,<br><br>Defendant. | Case No.: 3:16-cv-05422-JST<br><br>**STIPULATION OF DISMISSAL & [PROPOSED] ORDER** |

| | |
|---|---|
| 1 | The Parties in the above-entitled action jointly submit this Stipulation and Proposed Order and |
| 2 | request that the Court adopt it as the Order in this case. |
| 3 | WHEREAS all matters in controversy in this action having been resolved, it is stipulated |
| 4 | by and between Plaintiffs Abdul Fatah, Sorihin Sorihin and Defendant Thoai Nguyen, through |
| 5 | their undersigned counsel of record, that this action and all related counterclaims, be, and hereby |
| 6 | are, dismissed with prejudice as to Plaintiffs and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of |
| 7 | the Federal Rules of Civil Procedure. |
| 8 | **IT IS SO STIPULATED.** |

Dated: January 3, 2018               Respectfully Submitted,

                                     Carole Vigne
                                     Mana Barari
                                     LEGAL AID AT WORK

                                By:  /s/ Carole Vigne
                                     Carole Vigne


                                     Agnieszka Fryszman
                                     COHEN MILSTEIN SELLERS & TOLL PLLC


                                     Yenny Teng-Lee
                                     THE LAW OFFICE OF YENNY TENG-LEE

                                     *Attorneys for Plaintiffs*


Dated: January 3, 2018               LEWIS BRISBOIS BISGAARD & SMITH LLP

                                By:  /s/ Lynn L. Krieger
                                     Lynn L. Krieger
                                     Matthew W.J. Johnston

                                     *Attorneys for Defendant*

**ATTESTATION OF E-FILED SIGNATURE**

I, Carole Vigne, am the ECF User whose ID and password are being used to file this document. Pursuant to Local Rule 5-1(i)(3) and General Order No. 45 X(B), I attest that Lynn L. Krieger has approved this document and consents to its filing in this action.

Dated: January 3, 2018    LEGAL AID AT WORK

By: /s/ Carole Vigne
Carole Vigne

*Attorneys for Plaintiffs*

**[PROPOSED] ORDER**

Based upon the agreement of the Parties, and the Court finding good cause, IT IS HEREBY ORDERED THAT ~~the~~ this action and all related counterclaims~~, be, and hereby are,~~ are dismissed with prejudice as to Plaintiffs and Defendant, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure ~~is GRANTED and entered as an Order of the Court~~.

IT IS SO ORDERED.

Dated: ___January 3___ __, 2018

*/s/ Jon S. Tigar*
District Judge Jon S. Tigar